HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JESSICA MAE MATHESON, dba JESS'S WHOLESALE,<br><br>Plaintiff,<br><br>v.<br><br>LEE SMITH and DOYLE McMINN, et al,<br><br>Defendant. | CASE NO. C11-5946RBL<br><br>ORDER |

This is an Order **DENYING** Motion for Remand to District Court to allow the District Court to rule on Plaintiff/Appellant's Motion to File Amended and Supplemental Complaint [Dkt. #46] and Motion to File First Amended and Supplemental Complaint [Dkt. #36].

On May 17, 2012, this Court entered an Order dismissing all of plaintiff's claims, and on May 22, 2012, this Court entered a Judgment reflecting the dismissal. [Dkt. #'s 33 and 34]. On June 5, 2012, after the Judgment had been entered, Ms. Matheson filed a Motion to File an Amended and Supplemental Complaint, along with a copy of her First Amended and Supplemental Complaint. On June 8, 2012, Ms. Matheson filed a Notice of Appeal. She then

ORDER - 1

1  filed a Motion to Remand, but she filed it in this Court, apparently asking this Court to exercise
2  jurisdiction and rule on the motion to file the amended and supplemental complaint.
3        The Ninth Circuit has made it clear that after a judgment has been entered, a motion to
4  amend the complaint pursuant to Civil Rule 15(a) may be considered only after the judgment is
5  reopened under Civil Rule 59 or 60.  *Lindauer v. Rogers*, 91 F.3d 1355, 1359 (9th Cir. 1996).
6  The *Lindauer* Court explained that this holding was consistent with the principle promoting
7  finality of judgments, *id*. at 1357.  Ms. Matheson has not sought to reopen the judgment pursuant
8  to Civil Rule 59 or 60, and therefore this Court cannot allow her to amend her complaint.  *See,*
9  *Benson v. J.P. Morgan Chase Bank*, 673 F.3d 1207, 1218 (2012) (holding, where the district
10  court had dismissed under CR 12(b)(1) and a judgment had been entered, the plaintiffs could
11  seek to amend their complaint only after filing a CR 60 motion.).
12        For the foregoing reasons, the Plaintiff's Motions are **DENIED**.
13        Dated this 17th day of July, 2012.

                                                Ronald B. Leighton
                                                United States District Judge